UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL ARELLANO, et al.,<br>Plaintiffs,<br>v.<br>BOGLE VINEYARDS, INC.,<br>Defendant. | No. 2:24-cv-01971-DC-CKD<br>**New Case No. 2:24-cv-1971-DC-SCR**<br><u>ORDER RELATING AND REASSIGNING CASE</u> |
| FIDEL ARELLANO, et al.,<br>Plaintiffs,<br>v.<br>COLLIGERE FARM MANAGEMENT COMPANY, et al.,<br>Defendants. | No. 2:24-cv-01793-SCR<br>**New Case No. 2:24-cv-01793-SCR** |
| JUAN VASQUEZ, et al.,<br>Plaintiffs,<br>v.<br>MICHAEL L. MANNA RANCH, INC., et al.,<br>Defendants. | No. 2:24-cv-01968-JDP<br>**New Case No. 2:24-cv-01968-SCR** |

| | |
|---|---|
| ARTURO VILLA, et al.,<br>Plaintiffs,<br>v.<br>ARBOR VINEYARDS, INC., et al.,<br>Defendants. | No. 2:24-cv-02011-CKD<br>**New Case No. 2:24-cv-02011-SCR** |
| ANTONIO ZAVALA, et al.,<br>Plaintiffs,<br>v.<br>R-N-R VINEYARD, INC., et al.,<br>Defendants. | No. 2:24-cv-02010-DJC-AC<br>**New Case No. 2:24-cv-02010-DC-SCR** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge, and to the same magistrate judge for the cases in which the parties have consented to magistrate judge jurisdiction, will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the district judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, and given that several of these related cases have full consent to magistrate judge jurisdiction, the court orders that Magistrate Judge Sean C. Riordan be assigned as the magistrate judge to all of the above captioned cases. Further, the court orders that for 2:24-cv-02010-DJC-AC, in which the parties have not yet fully consented to magistrate judge jurisdiction, that case shall be reassigned to the undersigned and Magistrate Judge Sean C. Riordan. The caption on documents filed in the reassigned cases shall be shown as reflected above.

It is further ordered that the Clerk of the Court make appropriate adjustment in the

assignment of civil cases to compensate for this reassignment

IT IS SO ORDERED.

Dated: **July 19, 2026**

Dena Coggins
United States District Judge