STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
CRISTINA MATHEWS (Bar No. 329343)
CMathews@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff and a Class of Similarly Situated Employees

Christina Cusimano (Bar No. 258627)
christina.cusimano@mccormickbarstow.com
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, California 93720
(559) 433-1300.

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA— SACRAMENTO DIVISION**

PLAINTIFFS FIDEL ARELLANO, ANABEL NATAREN, and LUCIO ALVAREZ, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,

Plaintiffs,

vs.

COLLIGERE FARM MANAGEMENT COMPANY, a California Corporation,

Defendant.

Case No. 2:24-cv-01793-SCR

**CERTIFIED CLASS ACTION**

**JOINT STIPULATION AND [~~Proposed~~] ORDER RE: CLASS NOTICE OF CERTIFICATION**

Action Filed: June 26, 2024
Trial Date: February 8, 2027

*Before the Hon. Sean Riordan*

The parties, plaintiffs Fidel Arellano, Anabel Nataren, and Lucio Alvarez ("Plaintiffs"), on the one hand, and defendant Colligere Farm Management Company, Inc. ("Defendant") on the other (collectively, the "Parties"), hereby agree and stipulate as follows:

**STIPULATION**

**WHEREAS,** on October 6, 2026, the Court set the matter for trial beginning February 8, 2027, with a final pretrial conference on January 28, 2027 (ECF 32); and

**WHEREAS,** on October 28, 2026, this Court certified under Federal Rule of Civil Procedure (FRCP) 23(b)(3) the following classes:

A "Global Class" defined as "All non-exempt agricultural employees employed by farm labor contractor Central Valley Farming who provided labor to Defendant Colligere at any time from June 26, 2020 to the present";

b. An "Unpaid Overtime Subclass" defined as "All non-exempt agricultural employees employed by farm labor contractor Central Valley Farming who provided labor to Defendant Colligere at any time from June 26, 2021 to the present and worked not paid earned overtime when they worked more than 5 days in a single workweek";

c. A "Short, Incomplete, or Missed Meal Period Subclass" defined as "All nonexempt agricultural employees employed by farm labor contractor Central Valley Farming who provided labor to Defendant Colligere at any time from June 26, 2020 to the present who worked at least one shift of 5 hours or greater";

d. A "Minimum Wage Subclass" defined as "All non-exempt agricultural employees employed by farm labor contractor Central Valley Farming who provided labor to Defendant Colligere at any time from June 26, 2020 to the present who were not compensated separately for nonproductive time, apart from rest periods, and therefore were not paid minimum for this unproductive time";

e. A "Final Wages Subclass" defined as "All non-exempt agricultural employees employed by farm labor contractor Central Valley Farming who provided labor to Defendant Colligere at any time from June 26, 2021 up to the present, who were not

paid all wages due when they were laid off, discharged or quit as required by the California Labor Code"; and

f. A "Violation of Unfair Competition Law Subclass" defined as "All nonexempt agricultural employees employed by farm labor contractor Central Valley Farming who provided labor to Defendant Colligere at any time from June 26, 2020 to the present who, due to the violations alleged in the subclasses, or because of unlawful deductions from their wages in violation of Labor Code § 221, were subject to unlawful or unfair business acts or practices"

(ECF 33); and

WHEREAS, Rule 23(c)(2) of the Federal Rules of Civil Procedure provides that the Court direct notice of class certification to members of the certified class; and

WHEREAS, the Court has not yet approved a class notice, or a class notice process; and

WHEREAS, the Parties have met and conferred, and agree to the form of class notice attached hereto as **Exhibit 1**, along with an opt out form attached hereto as **Exhibit 2,** and agree that such notice and opt out form complies with the requirements of Fed. R. Civ. P. 23(c)(2)(B); and

WHEREAS, the Parties have agreed that Plaintiffs will mail notices to the certified class members whose contact information appears on documents produced by Defendant, with Plaintiffs bearing the cost; and

WHEREAS, not all of the class members whose names appear on documents produced by Defendant include addresses, and, moreover, considerable time has passed since the produced documents were created, creating a likelihood that some addresses for class members are outdated; and

WHEREAS, the Parties agree that class members are largely Spanish-speaking laborers living and working in the Stockton, California, area; and

WHEREAS, the Parties agree that a Spanish-language advertisement in the Stockton area Spanish-language newspaper Latino Times, combined with a Spanish-language radio spot on the Stockton area Spanish-language radio station Radio La Mexicanita, are appropriate means of

notifying class members whose contact information does not appear in documents produced by Defendant or whose addresses have changed; and

WHEREAS, the Parties agree that the draft advertisement attached hereto as **Exhibit 3** is an appropriate notice for publication, and the attached radio spot script attached as **Exhibit 4** is an appropriate radio spot script; and

WHEREAS, Plaintiffs will have said notice, opt out form, advertisement, and radio script translated into Spanish by a certified Spanish translator; and

WHEREAS, Plaintiffs will select, retain, and pay for a qualified settlement administrator to administer the process, and add that administrator's name and contact information to the class notice and advertisement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the Court approve the form of class notice of certification, opt out form, advertisement, and radio spot script attached hereto as **Exhibits 1-4,** and direct the dissemination of same to the certified class by mail where class member addresses are known, and by publication in the Latino Times and radio announcement on Radio La Mexicanita where addresses are not known.

Date: 11/16/26

MALLISON & MARTINEZ

By: /s/ Cristina Mathews
Stan S. Mallison
Hector R. Martinez
Cristina Mathews
Attorneys for Plaintiffs

Date: 11/16/26

McCormick, Barstow, Sheppard, Wayte & Carruth LLP

By: /s/ Cristina Cusimano
Christina Cusimano
Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 11/19/26

United States Magistrate Judge